Case 4:23-cv-01576 Document 50 Filed on 09/25/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pruitt Tool & Supply Co., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. 4:23-CV-01576 |
| | § | |
| Noble Energy, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

At the status conference conducted on the record on September 18, 2023, the Court instructed Plaintiff to inform the Court within 10 days if it intended to withdraw opposition to Noble's Motion to Dismiss (ECF 35).[1] On September 21, 2023, Plaintiff informed the Court via email that it no longer opposes dismissal of Noble Energy Inc. and NBL, Texas, LLC as long as the dismissal is without prejudice. ECF 49. Counsel for the Noble entities informed the Court that Noble Energy, Inc. and NBL, Texas, LLC do not object to entry of an order of dismissal without prejudice. *Id.* The Court therefore

---

[1] The Motion to Dismiss was filed by Defendant Noble Energy, Inc. individually and as successor to NBL Texas, LLC (collectively Noble).

RECOMMENDS that Noble's Motion to Dismiss (ECF 35) be GRANTED and all of Plaintiff's claims in this case against Noble Energy, Inc. and NBL Texas, LLC be DISMISSED WITHOUT PREJUDICE.

Signed on September 25, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge