United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PRUITT TOOL & SUPPLY CO., *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:23cv1576 |
| § NOBLE ENERGY, INC., ET AL., § *Defendants.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 25, 2023 (Dkt. 50) and no objections having been filed, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims against Noble Energy, Inc. and NBL Texas, LLC are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas this _13th_ day of October, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE