United States District Court
Southern District of Texas
**ENTERED**
August 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRUITT TOOL & SUPPLY CO., *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv1576 |
| NOBLE ENERGY, INC. ET AL., *Defendants*. | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 9, 2024 (Dkt. 77), the objections thereto (Dkt. 79), and the response to objections (Dkt. 80), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Defendant Hemerich & Payne International Drilling Co.'s Third Party Complaint against Illinois Union Insurance Company and Westchester Fire Insurance Company (Dkt. 55) is dismissed without prejudice for lack of personal jurisdiction.

**SIGNED** at Houston, Texas this 9th day of August, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE